# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 19, 2024

## NO. 03-22-00689-CV

**Shirley McDonald, Appellant**

**v.**

**Transco, Inc. and McLane Company, Inc., Appellee**

---

**APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
AFFIRMED ON MOTION FOR REHEARING-- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on October 21, 2022. The Court withdraws its previous opinion and judgment issued May 31, 2024, and substitutes the attached opinion and this judgment in their place. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.